UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:13-CR-67-DBH |
| ) | |
| JOSHUA SNOW, ) | |
| ) | |
| DEFENDANT ) | |

ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

Joshua Snow has filed a document asking "if I am eligible for the 2 point reduction." Letter Motion (ECF No. 68). I assume that he is referring to Guideline Amendment 782 concerning the drug quantity table revisions. Unfortunately for Mr. Snow, the career offender guideline, not drug quantity, drove his Guideline calculations at sentencing in 2013.

Accordingly, he does not benefit from Amendment 782 and its two-point reduction for some drug quantity calculations. Treating his inquiry as a motion to reduce sentence, the motion is **DENIED**.

SO ORDERED.

DATED THIS 5TH DAY OF OCTOBER, 2015

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE